978

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND G. CAPPS, Defendant-Appellant.

(No. 73-70;

Fifth District—March 19, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Donald Irvin, State's Attorney, of Mt. Vernon, for the People.

RICHARD J. DURKEE *et al.,* Plaintiffs-Appellants, *v.* FRANKLIN SAVINGS ASSOCIATION, Defendant-Appellee.

(No. 72-221;

Second District—March 26, 1974.